UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
MELISSA STAMPF,

                        Plaintiff,                    07 Civ. 7208 (LAP)

    -against-                            **NOTICE OF DISMISSAL**

THE LONG ISLAND RAILROAD COMPANY,
METROPOLITAN TRANSPORTATION AUTHORITY
and ANGELA TRIGG

                        Defendants
----------------------------------------------------------X

      **PLEASE TAKE NOTICE,** that whereas the above named defendants have yet to serve an Answer to the Complaint herein, in accordance with the provisions of Fed. R. Civ. P. Rule 41 (a) (1) (i) the within action is voluntarily dismissed by the plaintiff.

Dated: New York, New York
         August 13, 2007

                                                PHILIP J. DINHOFER, #6940
                                                Attorney for Plaintiff(s)
                                                77 N. Centre Ave. - Suite 311
                                                Rockville Centre, NY  11570
                                                Tel:  516-678-3500
                                                Fax: 516-678-4235