> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 8/30/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
MELISSA STAMPF,

                Plaintiff,        07 Civ. 7208 (LAP)

   -against-                      **NOTICE OF DISMISSAL**

THE LONG ISLAND RAILROAD COMPANY,
METROPOLITAN TRANSPORTATION AUTHORITY
and ANGELA TRIGG

                Defendants
----------------------------------------------------------X

PLEASE TAKE NOTICE, that whereas the above named defendants have yet to serve an Answer to the Complaint herein, in accordance with the provisions of Fed. R. Civ. P. Rule 41 (a)(1)(i) the within action is voluntarily dismissed by the plaintiff.

Dated: New York, New York
       August 13, 2007

PHILIP J. DINHOFER, #6940
Attorney for Plaintiff(s)
77 N. Centre Ave. - Suite 311
Rockville Centre, NY 11570
Tel: 516-678-3500
Fax: 516-678-4235

The Clerk of the Court shall mark this action closed and all pending motions denied as moot.

SO ORDERED:

*[signature]*
LORETTA A. PRESKA, U.S.D.J.

August 30, 2007